**1613-14**

# ELECTRONIC RECORD

COA # 14-14-00054-CR          OFFENSE: DWI

STYLE: The State of Texas v Brian Wei          COUNTY: Harris

COA DISPOSITION: Affirmed          TRIAL COURT: Co Crim Ct at Law No. 2

DATE: November 6, 2014    Publish: Yes          TC CASE #:1571823


## IN THE COURT OF CRIMINAL APPEALS

STYLE: The State of Texas v Brian Wei

CCA # _____

_____ State's _____ Petition          CCA Disposition: **1613-14**
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: 02/25/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**